DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD A. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3288

[July 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 02-021757CF10A.

Howard A. Brown, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***